FILED

2015 Oct-07 PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES EARL PARKER, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-01255-WMA-TMP |
| | ) | |
| THE ATTORNEY GENERAL | ) | |
| OF THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**

On July 27, 2015, the petitioner filed the above-styled petition for writ of *habeas corpus*. Along with his petition, the petitioner filed a motion to proceed *in forma pauperis*. (Doc. 2). The petitioner was notified by the court that his motion to proceed *in forma pauperis* was deficient and he was ordered to, within thirty days, either properly complete the motion or pay the $5.00 filing fee. (Doc. 3).

After the expiration of thirty days, the court sent the petitioner a Second Notice of Deficient Pleading, and allowed him thirty additional days to either properly complete the motion to proceed *in forma pauperis* or pay the $5.00 filing fee. (Doc. 6). More than thirty days has elapsed since the court filed the Second Notice of Deficient Pleading, and the petitioner has failed to comply with or otherwise respond

to the order.   Accordingly, the above-styled case is due to be dismissed without

prejudice for failure to prosecute.  A final order will be entered contemporaneously

herewith.

DONE this 7th day of October, 2015.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE